# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

| | |
|---|---|
| JAMES HARVELL,<br><br>       Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>       Defendants. | Case No. 5:24-cv-00276-RH-MJF<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, JAMES HARVELL ("Plaintiff"), and Defendant, TRANS UNION, LLC ("Transunion"), have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

Dated: 1/7/2025

                                            Respectfully submitted,

                                    By: *s/  Jason S. Weiss*
                                        Jason S. Weiss
                                        Jason@jswlawyer.com
                                        Florida Bar No. 0356890
                                        **WEISS LAW GROUP, P.A.**
                                        5531 N. University Drive, Suite 103
                                        Coral Springs, FL 33067
                                        Tel: (954) 573-2800
                                        *Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2025, I served the foregoing Notice of Settlement using the CM/ECF system, which automatically gives notice to all counsel of record.

By *s/ Jason S. Weiss*
Jason S. Weiss