**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JAMES HARVELL,**
     Plaintiff,

v.

                                Case No.: **5:24-cv-00276-RH-MJF**

**TRANS UNION, LLC.,**
     Defendants,
_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims

in this case are voluntarily dismissed with prejudice. The court reserves jurisdiction

to enforce the order to comply with the settlement agreement.

                                    JESSICA J LYUBLANOVITS,
                                    CLERK OF COURT

January 9, 2025                    s/ *Bryston Ford*
DATE                           DEPUTY CLERK